# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Robin,<br><br>    Plaintiff,<br><br>v.<br><br>Allied Insurance Company of America, et al.,<br><br>    Defendants. | **NO. CV-21-00334-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 2, 2022, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. This action is hereby terminated.

                                            Debra D. Lucas
                                            District Court Executive/Clerk of Court

August 2, 2022

                                            s/ L. Dixon
                                      By  Deputy Clerk